UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL ACTION NO. C-07-434-2 |
| ALBERTO LOPEZ | § | |

## ORDER DISMISSING CRIMINAL INDICTMENT

It is hereby ORDERED that the above-entitled and numbered Criminal Indictment be **DISMISSED** without prejudice, as to the above named Defendant.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Southern District of Texas.

SIGNED and ORDERED this 26th day of October, 2007

_____
Janis Graham Jack
United States District Judge